No. 911, October Term, 1966. DAVANT ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, 386 U. S. 1022;

No. 953, October Term, 1966. MILLER *v.* COUNTY OF LOS ANGELES, 386 U. S. 990;

No. 1228, October Term, 1966. TOOL RESEARCH & ENGINEERING CORP. *v.* HONCOR CORP., 387 U. S. 919;

No. 1298, October Term, 1966. HEIDRICH *v.* UNITED STATES, 387 U. S. 943;

No. 1015, Misc., October Term, 1966. WINGFIELD *v.* PEYTON, PENITENTIARY SUPERINTENDENT, 388 U. S. 922;

No. 1306, Misc., October Term, 1966. CALLOWAY *v.* OHIO ET AL., 386 U. S. 998; and

No. 1308, Misc., October Term, 1966. STILTNER *v.* WASHINGTON ET AL., 387 U. S. 922. Motions for leave to file petitions for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these motions.

No. 1101, October Term, 1966. EVANSON ET AL. *v.* NORTHWEST HOLDING CO., 386 U. S. 1004, 387 U. S. 938;

No. 557, Misc., October Term, 1965. PISCITELLO *v.* NEW YORK, 384 U. S. 1022, 385 U. S. 894; and

No. 1264, Misc., October Term, 1966. KNOLL ET AL. *v.* SOCONY MOBIL OIL CO., INC., ET AL., 386 U. S. 977, 1043. Motions for leave to file second petitions for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these motions.

No. 1186, October Term, 1966. SCHACKMAN ET AL. *v.* ARNEBERGH, CITY ATTORNEY FOR THE CITY OF LOS ANGELES, ET AL., 387 U. S. 427; and

No. 385, Misc., October Term, 1966. SMITH *v.* CALIFORNIA, 388 U. S. 913. Motions for leave to supplement petitions for rehearing granted. Rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these motions and petitions.